UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS


In Re: RODRIGUEZ, VICTOR                    Chapter 13 # - 09-10503-WCH
      SSN: XXX-XX-8162
      RODRIGUEZ, DEBORAH
      SSN:  XXX-XX-8403



ORDER DISMISSING CASE


The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:


    ORDERED: that this Chapter 13 case is dismissed.



Dated:_____


                                                          _William C. Hillman_

                                                          2/23/2010

                                           _____
                                                    U.S. Bankruptcy Judge